IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KT IMAGING USA, LLC,<br><br>                               Plaintiff<br><br>         -against-<br><br>SAMSUNG ELECTRONICS CO., LTD. and, SAMSUNG ELECTRONICS AMERICA, INC.<br><br>                             Defendants | Civil Action No.: 4:20-cv-339-ALM<br><br>**Jury Trial Demanded** |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff KT Imaging USA, LLC hereby voluntarily dismisses all claims with prejudice, and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. voluntarily dismiss all counterclaims in this action with prejudice. These claims and counterclaims are dismissed pursuant and subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated November 23, 2020, with each party to bear its own costs, expenses and attorneys' fees.

Dated: November 24, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: /s/ Dmitry Kheyfits | By: /s/ Ali R. Sharifahmadian |
| Dmitry Kheyfits<br>State Bar No. 24115271<br>dkheyfits@kblit.com<br>Brandon G. Moore<br>State Bar No. 24082372<br>bmoore@kblit.com<br>KHEYFITS BELENKY LLP<br>108 Wild Basin Road, Suite 250 | Ali R. Sharifahmadian<br>ali.sharifahmadian@arnoldporter.com<br>Jin-Suk Park<br>jin.park@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000 |

Austin, TX 78746  
Tel: 737-228-1838  
Fax: 737-228-1843  

Andrey Belenky  
abelenky@kblit.com  
New York State Bar No. 4524898  
Hanna G. Cohen  
New York State Bar No. 4471421  
hgcohen@kblit.com  
KHEYFITS BELENKY LLP  
1140 Avenue of the Americas  
9th Floor  
New York, New York 10036  
Tel. (212) 203-5399  
Fax. (212) 203-6445  

Stafford Davis  
State Bar No. 24054605  
Catherine Bartles  
State Bar No. 24104849  
THE STAFFORD DAVIS FIRM, PC  
The People's Petroleum Building  
102 North College Avenue, 13th Floor  
Tyler, Texas 75702  
(903) 593-7000  
sdavis@stafforddavisfirm.com  

*Attorneys for KT Imaging USA, LLC*

Facsimile: (202) 942-5555  

Ryan M. Nishimoto  
ryan.nishimoto@arnoldporter.com  
ARNOLD & PORTER KAYE SCHOLER LLP  
777 South Figueroa Street, 44th Floor  
Los Angeles, CA 90017  
Telephone: (213) 243-4000  
Facsimile: (213) 243-4199  

*Attorneys for Samsung Electronics Co., Ltd.*  
*and Samsung Electronics America, Inc.*